AO 440 (Rev. 04/08) Civil Summons

\_\_ ENTERED \_\_ SERVED ON
_____ OF RECORD

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

-5 P 2:22

JANIE ALINE PINKNEY
DEBRA SUE PINKNEY
_Plaintiff_

v.

Chris Hughes
_Defendant_

BY_____DEPUTY

2:08-cv-01257-RLH-GWF

## Summons in a Civil Action

To: _(Defendant's name and address)_

Chris Hughes
American Medical Response
1200 S. Martin Luther King
Las Vegas NV 89102

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Janie Pinkney
5841 Medallion Dr #203
Las Vegas NV 89122

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 22 SEP

Name of clerk of court

Deputy clerk's signature

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Dec. 10, 2008, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is L. Gold, AMB-1200 S. Martin Luther King LV NV 89102 ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 1-5-09

Cleopatra A Welcher
Server's signature

Cleopatra A Welcher
Printed name and title

6781 Firewood Drive Las Vegas NV 89149
Server's address

Jan 5 2009

NOTARY PUBLIC
SHAUN KATZ
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JUNE 04, 2012
No: 04-89444-1

L Gold Rcd 12·10·08