# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANIE ALINE PINKNEY, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:08-cv-01257-RLH-GWF |
| vs. ) | **ORDER** |
| AMERICAN MEDICAL RESPONSE, INC., *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff Janie Aline Pinkney's Notice of Request and Request to Have All Mail Addressed to Plaintiff by the District Court be Sent "Certified Mail Return Receipt Requested" (First Request) (#278), filed June 11, 2010.

Plaintiff states that she never received copies of two previous court orders and asks that the Court arrange to have all future filings served via certified mail upon Plaintiff at the Plaintiff's expense. (*Id.*) However, the Court docket does not show that any mail has been returned as undeliverable. As a result, the Court finds Plaintiff has not demonstrated good cause for the Court to utilize certified mail to issue a copy of all pleadings and orders to Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Janie Aline Pinkney's Notice of Request and Request to Have All Mail Addressed to Plaintiff by the District Court be Sent "Certified Mail Return Receipt Requested" (First Request) (#278) is **denied**.

DATED this 22nd day of June, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**