# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JANIE ALINE PINKNEY, *et al.*,

    Plaintiffs,

vs.

AMERICAN MEDICAL RESPONSE, INC., *et al.*,

    Defendants.

Case No.  2:08-cv-01257-RLH-GWF

**ORDER**

    This matter is before the Court on Defendants Rory Chetelat and Stephen Minagil's request that the Court hear on an emergency basis their Motion to Strike the Testimony of Joe Pinkney and Debra Pinkney (#321), filed September 24, 2010.  Upon review and consideration, the Court finds that Defendants have not sufficiently demonstrated the need for the motion to be considered on an expedited or emergency basis.  Accordingly,

    **IT IS ORDERED** that Defendants Rory Chetelat and Stephen Minagil's request that the Court hear their motion to strike on an emergency basis is **denied**.  The motion shall be considered in the ordinary course.

    DATED this 27th day of September, 2010.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge