# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JANIE ALINE PINKNEY, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 2:08-cv-01257-RLH-GWF |
| vs. | ) | **ORDER** |
| AMERICAN MEDICAL RESPONSE, INC., *et al.*, | ) | Motion to Quash (#295) |
| Defendants. | ) | |

This matter is before the Court on Defendant Southern Nevada Health District's Motion to Quash Service of Affidavits (#295), filed August 12, 2010. On October 5, 2010, the Court held a hearing in this action on several discovery matters. Based on the Court's rulings in open court during the October 5 hearing, the present motion is moot. Accordingly,

**IT IS ORDERED** that Defendant Southern Nevada Health District's Motion to Quash Service of Affidavits (#295) is **denied** as moot.

DATED this 7th day of October, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge