UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANIE ALINE PINKNEY, | Case No.: 2:08-cv-01257-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Leave to File Excess Pages–#351) |
| AMERICAN MEDICAL RESPONSE, INC., EMERGENCY MEDICAL SERVICES, MERCY, INC., SOUTHERN NEVADA HEALTH DISTRICT, MEDICAL ADVISORY BOARD, EMERGENCY MEDICAL SERVICES AND TRAUMA SYSTEMS, SEIU NEVADA, ROY CARROLL, WILLIAM (BILL) SANGER, KURT WILLIAMS, ROBERT FORBUS (AKA FORBES), EDWIN "FLIP" HOMANSKY, RICHARD MANN, DEREK COX, MARIZA LANDEROS, BEDE PARRY, JENNIFER HALL, MARJORIE BARBEAU, MAURICE KAY, ALFREDO CERVANTES, ERIC PAUL, GREGORY CLEMMONS, CHRIS HUGHES, JASON TEAGUE, JASON EDELL, "BJ" KOPKA, AMY POTTS, STEVE KRAMER, CARRIE FOX, BRAD CAMPBELL, GRAHAM JAMIESON, JAMES (BUD) ADAMS, KAREN REPOS, RORY CHETELAT, MARY ELLEN BRITT, PATRICIA BECKWITH, and STEPHEN MINIGIL | |
| Defendants. | |

1

2  Before the Court is Plaintiff Jaine Aline Pinkney's **Motion for Leave to File**

3  **Excess Pages** (#351), filed December 22, 2010.  The Court has also considered Defendants Rory

4  Chetelat and Stephen Minagil's Opposition (#355), filed January 7, 2011, and Pinkney's Reply

5  (#357), filed January 14, 2011.

6  This dispute arises from Pinkney's allegations that Defendants conspired to violate

7  her civil rights and discriminate against her.  Pinkney filed her original complaint on September

8  19, 2008.  Two motions for summary judgment have now been filed, one by Defendant American

9  Medical Response, Inc., and the other by Defendants Chetelat and Minagil.  Pinkney filed an

10  opposition to both of these motions, each opposition consisting of points and authorities exceeding

11  100 pages.  However, Pinkney filed those oppositions without first seeking leave of the Court to

12  file excess pages.  Pinkney, therefore, seeks such leave retroactively.

13  Pursuant to Local Rule 7-4, "pretrial and post-trial briefs and points and authorities

14  in support of, or in response to, motions shall be limited to thirty (30) pages including the motion

15  but excluding exhibits."  The decision to extend the 30-page limitation is an equitable one vested

16  in the discretionary power of this Court.  As mentioned above, Pinkney's oppositions to

17  Defendants' motions for summary judgment each consisted of points and authorities exceeding

18  100 pages.  "The order to General Eisenhower to invade the entire continent of Europe consisted

19  of a single paragraph.  It would be unusual if the grounds for [an opposition to a motion for

20  summary judgment] could not be set out in 30 pages."  *Gulf Petro Trading Co. v. Nigerian*

21  *National Petroleum*, 233 F.R.D. 492, 493 (E.D. Tex. 2005).  Furthermore, the filing of excess

22  pages infringes upon the Courts ability to timely manage its docket and impedes judicial

23  efficiency.  Therefore, the Court denies Pinkney's motion, strikes her oppositions (## 337 and

24  349), and orders her to re-file her oppositions pursuant to the 30-page limitation of LR 7-4 by

25  Tuesday, February 1, 2011.

26  /

AO 72
(Rev. 8/82)

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Pinkney's Motion for Leave to File Excess Pages (#351) is DENIED.

IT IS FURTHER ORDERED that Pinkney must re-file an opposition to Defendants' motions for summary judgment (## 331 and 334) pursuant to the limitations of Local Rule 7-4 by Tuesday, February 1, 2011. Defendants will have one week from the time Pinkney re-files her oppositions within which they can file a reply.

IT IS FURTHER ORDERED that the following documents are stricken in their entirety:

- Response to Motion for Summary Judgment (#337)
- Response to Motion for Summary Judgment (#349)
- Reply to Response to Motion for Summary Judgment (#347)
- Reply to Response to Motion for Summary Judgment (#348)
- Reply to Response to Motion for Summary Judgment (#356)

Dated: January 18, 2011

_____
ROGER L. HUNT
Chief United States District Judge